FILED
CLERK, U.S. DISTRICT COURT

Jan 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLYN FOSTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-CV-07853-SVW-JPR<br><br>~~(PROPOSED)~~ ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES<br><br>JS-6 |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: January 15, 2015

_____
UNITED STATES DISTRICT JUDGE
STEPHEN V. WILSON

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-1180-5217 v1

- 1 -

Case No. 2:14-CV-07853-SVW-JPR
(PROPOSED) ORDER RE STIP. FOR DISM. W/ PREJ.
OF ENTIRE ACTION AGAINST ALL PARTIES